# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-5351-GW (FFMx) | Date | December 8, 2016 |
|---|---|---|---|

| Title | *Board of Directors of the Motion Picture Industry Pension Plan v. Valis Productions* |
|---|---|

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER SETTING AN ORDER TO SHOW CAUSE HEARING RE: WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing is set for **December 22, 2016, at 8:30 a.m.**

Initials of Preparer   KSS